IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

    Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation d/b/a KING SOOPERS, INC., and THE KROGER CO., an Ohio corporation,

    Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and Jury Demand (Doc 4 - filed October 13, 2010) is **GRANTED** and the tendered First Amended Complaint and Jury Demand is accepted for filing.

Dated: October 14, 2010
_____