IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Expert Discovery Deadlines** [docket no. 31, filed March 2, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 30, 2011**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 29, 2011**.

      IT IS FURTHER ORDERED that the discovery deadline for expert discovery only is extended to and including **August 15, 2011**.

DATED:  March 3, 2011