IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order to Extend Discovery Deadline and Dispositive Motions Deadline** [docket no. 38, filed June 10, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is modified for the sole purpose of allowing plaintiff's counsel to complete the deposition of Mr. Looney on or before **October 25, 2011**. The dispositive motions deadline is extended to and including **November 15, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 27, 2011, is **vacated and reset to January 17, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 10, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: June 13, 2011