IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.
_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Protective Order** [Doc. # 35, filed 6/2/2011]. I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that the Motion for Protective Order [Doc. # 35] is DENIED.

Dated June 22, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge