IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order for Limited Extension of Discovery Deadline to Complete Two Depositions** [docket no. 47, filed July 21, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: July 22, 2011