IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order for Second Limited Extension of Discovery Deadline to Complete Two Depositions** [docket no. 57, filed August 8, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and depositions of Donna Colao and Judy Ellis may be taken on or by September 3, 2011.

DATED:  August 10, 2011