IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation, d/b/a King Soopers, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw Motion to Compel** [docket no. 61, filed August 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Plaintiff's Motion to Compel [52] is **DENIED AS WITHDRAWN**. The motions hearing set for August 16, 2011, is **VACATED**.

IT IS FURTHER ORDERED that the **Plaintiff's Unopposed Motion for Leave to File Under Seal Her Motion to Compel and Exhibits H and I** [50] is **GRANTED**.


DATED: August 15, 2011