**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

       Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation d/b/a KING SOOPERS,

       Defendant.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Plaintiff's Second and Third Claims for Relief With Prejudice (Doc 72 - filed November 30, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that Plaintiff's Second and Third Claims for Relief shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. The matter will continue as to Plaintiff's First Claim for Relief for disability discrimination in violation of the Americans With Disabilities Act.

                                         BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   December 1, 2011