IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

        Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS,

        Defendant.

_____

ORDER
_____

        As further set forth on the record at the Final Trial Preparation Conference held on Friday, April 6, 2012, IT IS HEREBY ORDERED that on or before **Wednesday, May 2, 2012,** the parties shall file the following:

        (1) A revised joint exhibit list reflecting any stipulations as to admissibility or authenticity, and any objections with the applicable rule[s] of exclusion noted;

        (2) Any updated witness lists, if warranted;

        (3) Each parties' proposed *voir dire* questions for the prospective jury;

        (4) A hard copy of Donna Colao's deposition transcript with the following notations: Plaintiff's proposed designation highlighted in blue, Defendant's proposed designation highlighted in yellow; Joint designations highlighted in green; and Objections, if any, noted in red with a short notion in the margins indicated the basis of that objection;

        (5) One joint set of annotated proposed jury instructions submitted via email to my chambers at: babcock_chambers@cod.uscourts.gov.  These proposed instructions shall include:

a statement of the case instruction; substantive instructions regarding the claim; defense instructions; instructions related to damages; and a proposed verdict form.  Where the parties disagree as to the applicable language, Plaintiff's proposed language shall be set forth in all capitals, and Defendant's proposed language shall be set forth in brackets.  In addition, to the extent that the parties wish to have certain definitions or terms-of-art provided to the jury prior to the presentations of evidence, they shall also submit stipulated language of those definitions via the email address; and

(6) Trial briefs, limited in length and with relevant legal authority, highlighting any key evidentiary issues that the parties anticipate will arise during the trial;

In addition, based on the parties' stipulation contained on the last page of Plaintiff's Third Amended Exhibit List [#113], I DENY AS MOOT Plaintiff's Motion to Amend Pretrial Order for Good Cause [**Doc #107**] and Plaintiff's <u>Amended</u> Motion to Amend Pretrial Order for Good Cause [**Doc # 109**].

Dated: April __6__, 2012, in Denver, Colorado.

                                                    BY THE COURT:

                                                     s/ Lewis T. Babcock
                                                    LEWIS T. BABCOCK, JUDGE