IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

    Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation doing business as King Soopers, Inc.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

    DATED this 11th day of May, 2012.

BY THE COURT:

_____
Lewis T. Babcock, Judge

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF       ATTORNEY FOR DEFENDANT