IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01944-LTB-BNB

JULIE JACOBSEN,

        Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS,

        Defendant.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 154 - filed August 10, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that final judgment need not be entered pursuant to verdict previously entered in this matter.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            LEWIS T. BABCOCK, JUDGE

DATED: August 13, 2012